

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2015

No. 04-15-00054-CV

**IN THE INTEREST OF S.H., A CHILD,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00641
Honorable Charles E. Montemayor, Judge Presiding

### O R D E R

The State's brief in this accelerated appeal from an order terminating parental rights was due April 7, 2015. The State has filed a motion for a thirty-day extension of time to file the brief. We **grant the motion in part**, and **order** the State's brief due **April 27, 2015**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of April, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court